# EXHIBIT 1

## Copyrighted Works Infringed by Defendant Zhou

| Title | Registration No. | Claimant |
| --- | --- | --- |
| Honkai: Star Rail Version 3.4. | PAu004274094 | Shanghai miHoYo Haiyuancheng Technology Co., Ltd |
| Honkai: Star Rail Version 3.2. | PAu004260629 | Shanghai miHoYo Haiyuancheng Technology Co., Ltd |
| Honkai: Star Rail Version 3.0. | PAu004251048 | Shanghai miHoYo Haiyuancheng Technology Co., Ltd |
| Honkai: Star Rail Version 2.7. | PAu004246602 | Shanghai miHoYo Haiyuancheng Technology Co., Ltd |
| Honkai: Star Rail Version 2.6. | PAu004240858 | Shanghai miHoYo Haiyuancheng Technology Co., Ltd |
| Honkai: Star Rail Version 2.5. | PAu004235687 | Shanghai miHoYo Haiyuancheng Technology Co., Ltd |
| Honkai: Star Rail Version 2.4. | PAu004231307 | Shanghai miHoYo Haiyuancheng Technology Co., Ltd |
| Honkai: Star Rail Version 2.3. | PAu004224265 | Shanghai miHoYo Haiyuancheng Technology Co., Ltd |
| Honkai: Star Rail Version 2.2. | PAu004219343 | Shanghai miHoYo Haiyuancheng Technology Co., Ltd |
| Honkai: Star Rail Version 2.1. | PAu004216374 | Shanghai miHoYo Haiyuancheng Technology Co., Ltd |
| Honkai: Star Rail Version 1.0. | PA0002458085 | Shanghai miHoYo Haiyuancheng Technology Co., Ltd |
| Genshin Impact Version 1.0. | PA0002455687 | Shanghai miHoYo TianMing Technology Co., Ltd. |
| YS-202309010 (character in Genshin Impact) | VA0002384837 | Shanghai miHoYo TianMing Technology Co., Ltd |
| YS-202309020 (character in Genshin Impact) | VA0002384781 | Shanghai miHoYo TianMing Technology Co., Ltd |
| YS-202308087 (character in Genshin Impact) | VA0002384793 | Shanghai Mihoyo Tianming Technology Co., Ltd. |
| YS-202310010 (character in Genshin Impact) | VA0002384684 | Shanghai miHoYo TianMing Technology Co., Ltd |
| YS-20230788 (character in Genshin Impact) | VA0002384801 | Shanghai miHoYo TianMing Technology Co., Ltd |
| YS-202308106 (character in Genshin Impact) | VA0002384836 | Shanghai miHoYo TianMing Technology Co., Ltd |
| YS-202308103 (character in Genshin Impact) | VA0002384785 | Shanghai miHoYo TianMing Technology Co., Ltd |
| YS-202309012 (character in Genshin Impact) | VA0002384839 | Shanghai miHoYo TianMing Technology Co., Ltd |
| YS-20230787 (character in Genshin Impact) | VA0002384139 | Shanghai miHoYo TianMing Technology Co., Ltd |