# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re Search Warrant Seizure of Fulton County Voter Records | Case No. _____ |

## EMERGENCY MOTION FOR RELIEF UNDER RULE 41(G) AND FOR INTERVENTION

Movants National Association for the Advancement of Colored People ("NAACP"), National Association for the Advancement of Colored People Georgia State Conference ("Georgia NAACP"), NAACP Atlanta, the Georgia Coalition for the People's Agenda ("GCPA"), and 2020 Fulton County voters Dontaye Carter and Tamara Orange present this Emergency Motion for 41(g) Relief and for Intervention.

On January 28, 2026, the United States executed a search warrant, seizing approximately 656 boxes containing the original versions of 2020 election records from the Fulton County Clerk of Superior Court. The seized records include confidential, personal voter information of Movants and their members. Its seizure

1

compromises Movants' constitutionally and statutorily protected privacy interests and subjects their voting rights to unjustified interference.

Pursuant to Fed. R. Crim. P. 41(g) and Fed. R. Civ. P. 24, Movants request that the Court order reasonable limitations on the government's use of the seized materials, prohibiting use for purposes other than the government's criminal investigation of the matters described in warrant. Specifically, Movants request that the Court (1) limit the government's use of the seized materials to its criminal investigation into the 2020 election in Fulton County, as identified in the search warrant; (2) prohibit secondary uses of the information, merging of the data into a national database, purported verification of voter eligibility and other efforts to purge state or local voting rolls, election administration, immigration enforcement, and other unrelated activities; (3) prohibit public dissemination or disclosure to non-governmental organizations or individuals; (4) impose confidentiality and nondisclosure restrictions to protect sensitive information; and (5) mandate that the government disclose (i) an inventory of all documents and records (including electronic records) seized; (ii) all persons who have accessed the records, beyond those involved in the criminal investigation; (iii) any copying or imaging of the records; and (iv) all efforts taken to secure the information; and (6) disclose the warrant inventory to Movants.

In support of this Motion, Petitioners rely upon the attached Memorandum of Law.

Dated: February 15, 2026

Respectfully submitted,

Edward G. Caspar*
Leah Frazier*
Robert N. Weiner*
Jeffrey Blumberg*
Julie Houk*
Catherine Meza*
Marc Epstein*
Grace Thomas*
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
ecaspar@lawyerscommittee.org
lfrazier@lawyerscommittee.org
rweiner@lawyerscommittee.org
Jblumberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
cmeza@lawyerscommittee.org
mepstein@lawyerscommittee.org
gthomas@lawyerscommittee.org
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857

/s/ Gerald Weber
Gerald Weber (GA Bar No. 744878)
Law Offices of Gerry Weber, LLC
Post Office Box 5391
Atlanta, Georgia 31107
Telephone: (404) 522-0507
wgerryweber@gmail.com

*Attorneys for Movants National Association for the Advancement of Colored People ("NAACP"), National Association for the Advancement of Colored People Georgia State Conference ("Georgia NAACP"), NAACP Atlanta Georgia Coalition for the People's Agenda, Dontaye Carter, and Tamara Orange*

* *Application to appear pro hac vice forthcoming*

3

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1, the undersigned counsel hereby certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1.

Dated this 15th day of February 2026.

/s/ Gerald Weber

Gerald Weber (GA Bar No. 744878)
wgerryweber@gmail.com
Law Offices of Gerry Weber, LLC
Post Office Box 5391
Atlanta, Georgia 31107
Telephone: (404) 522-0507

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2026, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Dated this 15th day of February 2026.

/s/ Gerald Weber

Gerald Weber (GA Bar No. 744878)
wgerryweber@gmail.com
Law Offices of Gerry Weber, LLC
Post Office Box 5391
Atlanta, Georgia 31107
Telephone: (404) 522-0507