# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| *In re Search Warrant Seizure of*<br><br>*Fulton County Voter Records* | Case No. _____ |

### DECLARATION OF DONTAYE CARTER

Pursuant to 28 U.S.C. § 1746, I, Dontaye Carter, hereby declare as follows:

1. I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I identify as a Black Georgia voter who resides in Fulton County. I have been a Fulton County voter since 2014. I voted in-person at a Fulton County polling location in the 2020 General Election.

3. I am an active member of the National Association for the Advancement of Colored People ("NAACP") Atlanta branch. I have been a member of the NAACP for over eight years.

4. When I registered to vote, I provided election officials with personal information. This information includes my name, voter residence, birth date, and other sensitive information, including a driver's license number. I consider my full birth date, social security number, and driver's license number to be sensitive information. I only intended for state election officials to collect and maintain this information for voter registration purposes. I understand that state law treats this information as sensitive and confidential, and that my voter choices in each election are also confidential.

5. In 2020, I was significantly engaged in civic organizing and "Get Out The Vote" ("GOTV") efforts. In the midst of the COVID-19 pandemic and in light of nationwide protests in response to the murders of George Floyd and Briana Taylor, I felt a deep urgency to invest in my

local community and engage others in the electoral process to have local issues Atlanta and Fulton County better reflected in local, state, and federal leadership. My wife's father, who marched with Rev. Martin Luther King Jr., instilled in me and my family the importance of political participation. I felt especially called to direct my GOTV efforts in minority communities in 2020.

6. In 2020, my civic participation took many forms, including voting in the General Election. I organized and participated in nonpartisan door-to-door advocacy, phone and text banks, and turkey drives with the National Association for the Advancement of Colored People Atlanta branch and Urban League. These efforts occurred in predominately racial minority communities.

7. As a Fulton County resident, I am aware that many individuals, including people in elected offices, have accused Fulton County of election fraud in the 2020 General Election. It is my understanding that there is no evidence of fraud, intentional misconduct, or large systemic issues by Fulton County election officials in the 2020 election.

8. I understand, through my counsel, that the United States Department of Justice has an active civil case seeking statewide, unredacted voter registration lists from the Secretary of State. I also understand that the Department of Justice has a separate civil case seeking 2020 election records from Fulton County.

9. I learned through news reports that on January 28, 2026, the Federal Bureau of Investigation "FBI" raided the Fulton County Election Hub and Operation Center to execute a search warrant based on allegations of fraud during the 2020 elections. During the raid, the FBI seized volumes of hundreds of boxes of election records, including paper and electronic ballots, voter data, and voter rolls.

10. I am concerned that the seized records include county and statewide voter data indicating sensitive personal information, voter choices, and data well beyond the temporal scope of the warrant. Because I voted in the 2020 General Election, I believe that my sensitive information was seized by the FBI.

11. I am concerned about the privacy and security of my personal information contained in the seized election records. I am also concerned about the misuse of the voter data in illegal and improper efforts to nationalize elections, conduct mass voter purges from the voter rolls, intimidate voters, and suppress political participation. I do not want my or other voters' sensitive information, including social security numbers and driver's license numbers, to become public, leaked, or misused by the federal government.

12. Recent events have reinforced and heightened my concerns. Through news reports, I learned that the Department of Government Efficiency ("DOGE") obtained and may have shared social security data to third parties to independently check voter rolls. I also learned that the Department of Justice is demanding states to enter into agreements to remove voters from voter rolls based on unilateral and unverified federal flagging. Further, I understand that U.S. Attorney General Pam Bondi informed the Minnesota Governor that the federal deployment

of Immigration and Customs Enforcement agents would only be deescalated if the state produced unredacted voter registration files.

13. I do not believe that the Department of Justice's efforts are good faith efforts to improve the electoral system or voter rolls. I believe that the Department seeks to perpetuate misinformation and disinformation about the prevalence of voter fraud and to punish people who disagree with the federal administration's policies.

14. I am uncomfortable with the seizure of my personal voter data. This seizure by the FBI makes me feel like my vote did not matter in 2020. I feel less confident that my vote will matter in future elections when the federal government can seize my information through a criminal warrant fueled by unproven election fraud conspiracies. I am particularly concerned that other voters in my community will distrust elections and cease civic participation altogether.

15. In light of the GOTV work I have performed in the 2020 election cycle, I am concerned that this raid would have a chilling impact on other voters.

16. My concerns about the privacy of my personal information extend beyond fears of leaked and misuse of my personal information. I also fear that if my personal information were to be disclosed, I would be targeted, impacting my employment, financial security, and physical safety. Because elders in my family have participated in civil rights era marches, I understand that Black voters historically have been targeted and physically threatened by elected officials and members of the public for participating in the elections. I fear that if my sensitive information remains in the hands of the federal government, I will receive threats of physical violence either from the federal government or third parties who receive my information.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of February, 2026

_____
Dontaye Carter