# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re Search Warrant Seizure of<br><br>Fulton County Voter Records | Case No. _____ |

**DECLARATION OF TAMARA ORANGE**

Pursuant to 28 U.S.C. § 1746, I, Tamara Orange, hereby declare as follows:

      1.     I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

      2.     I identify as a Black Georgia voter and reside in Fulton County.

      3.     I grew up in a family devoted to the advancement of civil rights which has inspired me to continue my family's legacy as a current member of the Georgia Coalition for the People's Agenda ("GCPA").

      4.     My late father, Reverend James Orange, was a leader in the civil rights movement in the 1960's and 1970's until his death. My father served on numerous national and international civil rights and labor organizations and served as the state chair of the Georgia People's Agenda for Voter Empowerment (the predecessor organization to the Georgia Coalition for the People's Agenda) where he organized voter registration drives and promoted voter engagement and education throughout Georgia.

      5.     As a member of the GCPA, I regularly attend member meetings. I also served as the GCPA's representative on the City of Atlanta Citizen Review Board between approximately 2017 to 2024. I also served as Chair of the Citizen Review Board from approximately February 2021 to February 2022.

6. I pre-registered to vote in Georgia when I was in high school and have a history of voting in many elections conducted by Fulton County, including during the 2020 election cycle.

7. During the 2020 election cycle, I voted in Fulton County by mail in the general primary and its related runoff. I voted in-person in the November 2020 General election and the runoff elections in December.

8. When I registered to vote in Georgia, I provided election officials with personal information. This information included my name, residence address, date of birth, and either my full or partial Social Security number, and other personal information.

9. I consider my full birth date and Social Security number to be sensitive information. I only intended for Georgia election officials to collect and maintain my personal and sensitive information for voter registration purposes. I understand that state law treats this information as sensitive and confidential, and that my voter choices in each election are also confidential.

10. As a Fulton County resident, I am aware that many individuals, including people in elected offices, accused Fulton County of intentional misconduct and election fraud in the 2020 election. Despite these allegations following the 2020 election, it is my understanding that the claims of intentional misconduct and election fraud were not proven at the time and efforts to overturn the results of the election in Court following the 2020 election were not successful.

11. As a Fulton County voter, I became concerned when I learned from news reports that the Federal Bureau of Investigation ("FBI") raided the Fulton County Election Hub and Operation Center on January 28, 2026, based upon allegations of fraud during the 2020 election and that the FBI seized a large number of records concerning the 2020 election, including ballots, voter rolls and other items.

12. As a voter who cast ballots in the 2020 elections and primaries conducted in Fulton County, it is likely that my own personal, sensitive voter data and ballot(s) were seized as a result of the FBI raid. I had a reasonable expectation that this information would be kept confidential. I do not know whether and to what extent the federal government has or will review my personal and private data and for what purposes.

13. I am concerned about the privacy and security of my personal information contained in the seized election records as well as the privacy and security of the seized voter data of other Georgians, including members of the GCPA. In particular, I am very concerned about how the federal administration plans to use seized voter data and for what purposes.

14. Specifically, I am concerned about the misuse of the voter data in illegal and improper efforts to nationalize elections, conduct mass voter purges from the voter rolls, intimidate voters, and suppress political participation. I do not want my or other voters' sensitive information, including social security numbers and driver's license numbers, to become public, leaked, or misused by the federal government.

15. I am also aware that the DOJ had to correct the record in a pending federal court lawsuit involving the misuse of Social Security Administration data by the Department of Government Efficiency ("DOGE"). It is my understanding that DOGE entered into an

unauthorized contract with a non-governmental third-party political advocacy group to share SSA data for election-related purpose and that DOGE uploaded SSA data to an unauthorized cloud service which even the SSA could not recover.

16. I do not believe that the Department of Justice's efforts to seize Fulton County's voter and election records are good faith efforts to improve the electoral system or voter rolls. Instead, it appears to me that the federal government seeks to perpetuate misinformation and disinformation about the prevalence of voter fraud in Fulton County because of its large population of Black voters and other voters of color, and to punish people who disagree with the federal administration's policies.

17. I am very concerned about the seizure of my personal voter data, voter data of GCPA members and Fulton County voters at large. This seizure by the FBI makes me feel like my vote did not matter in 2020, that my votes in future elections will not matter, and that my personal and sensitive voter data could be used in the future in similar efforts by this Administration and its allies in unjustly attacking election results that they do not like. I also understand that Black voters have historically been targeted and physically threatened by elected officials and others for participating in elections, including in Georgia.

18. I fear that if my sensitive information remains in the hands of the federal government, which may share it with other government agencies or non-governmental third parties, my data could be used for improper purposes and expose me to potential data leaks and misuse through identity theft. I have experienced identity theft myself and this experience heightens my concerns about the potential misuse of my personal and sensitive voter data that could lead to identity theft and the burdensome process victims must undergo to protect their data in the future.

19. Due to a physical disability, I am applying an "X" mark as my signature below to this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of February 2026

X_____
Tamara Orange

I, Lyndon Waller, do hereby state under penalty of perjury that I personally witnessed the declarant, Tamara Orange, apply her X mark above to this document.

_____
Lyndon Waller
Georgia Coalition for the People's Agenda
501 Pulliam St SW #310
Atlanta, GA 30312

3