# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re Search Warrant Seizure of Fulton County Voter Records | Case No. _____ |

# DECLARATION OF QUINETTE WESTBROOKS

Pursuant to 28 U.S.C. § 1746, I, Quinette Westbrooks, hereby declare as follows:

1. I have personal knowledge of the matters stated herein and would testify to the same if called as a witness in Court.

2. I am a U.S. citizen, over eighteen years of age and am otherwise competent to testify.

3. I am a registered voter in Macon-Bibb County. I have been a Georgia voter for approximately 45 years.

4. I am the President of the National Association for the Advancement of Colored People Georgia State Conference ("Georgia NAACP"). I was elected to this position in October of 2025. Previously, I served as the President of the NAACP

1

Macon-Bibb County Branch for 12 years and worked for the Department of Family and Children Services for nearly two decades prior to this role. I also worked for the Medical Center of Central Georgia Hospital (Atrium) for twenty years. As President, I am responsible for overseeing all the Georgia NAACP's branches, college chapters, and youth councils in the State of Georgia. My work includes supporting and assisting the development of each branch's programs.

5.   The Georgia NAACP is a nonpartisan organization operating in Georgia and is affiliated with the National Association for the Advancement of Colored People ("NAACP") operating across the United States. As unit of the NAACP, the Georgia NAACP carries out the NAACP's mission to "achieve equity, political rights, and social inclusion by advancing policies and practices that expand human and civil rights, eliminate discrimination, and accelerate the well-being, education, and economic security of Black people and all persons of color." The NAACP plays a critical role for its members by serving as a trusted messenger on voting rights issues

6.   The NAACP has a proud tradition of fighting for and protecting its members, constituents, and the Black community at large from legal retaliation. *See NAACP v. Alabama*, 357 U.S. 449 (1958). The NAACP has a longstanding tradition of protecting members and supporters from the unlawful disclosure of their personal information in response to government overreach and unlawful invasions of privacy.

7. Headquarted in College Park, the Georgia NAACP has a long presence in Georgia since 1909 and is the oldest and one of the largest organizations promoting and protecting the civil rights of African Americans and other racial and ethnic minorities in Georgia.

8. The Georgia NAACP has over 180 adult, youth, college, and prison units and chapters throughout the State, constituting approximately 8,500 members in the state, many of whom are Black and other minority individuals. Based upon confidential information, Georgia NAACP members live in at least 120 counties in Georgia. Some members who are Fulton County residents voted in the 2020 General Election in Fulton County.

9. Among other organizational missions, the Georgia NAACP is dedicated to ensuring that all eligible Georgia citizens are given a full and equal opportunity to exercise their fundamental right to vote. The Georgia NAACP engages in robust voter registration, voter education, and get-out-the-vote ("GOTV") activities. We engaged in these activities for the 2020 General Election. We often encounter first-time voter registration applicants through our work with college students, young adults, naturalized citizens, eligible incarcerated and formerly incarcerated individuals, new Georgia residents, and other eligible first time Georgia applicants. We also protect voting rights through litigation, advocacy, legislation, communication and direct outreach. We have been involved in voting

rights litigation in Georgia and have sought to prevent efforts to suppress or disenfranchise African American voters.

10. The Georgia NAACP works to ensure that members have accurate information about elections and their rights, that they feel safe and are safe when registering and participating in an election, and trust the election process.

11. I am aware that the U.S. Department of Justice filed a civil lawsuit in the Northern District of Georgia seeking 2020 election records from Fulton County. I am also aware that the Department of Justice filed a separate lawsuit to obtain the complete, unredacted voter registration data of all Georgia voter.

12. These cases follow many attempts to undermine the 2020 elections process in Fulton County. I believe these coercive efforts are premised on baseless claims of election fraud. I believe these efforts in Georgia are a piece of a much larger effort by the federal government to consolidate data across federal and state sources, remove registered voters from the rolls, or engage in other activities that are not election-related.

13. I learned of the federal government's effort to obtain the Fulton County records from the 2020 General Election via a search warrant after the Federal Bureau of Investigation ("FBI") began taking election records on January 28, 2026. I am deeply troubled by this seizure.

14.     It is my understanding that Georgia NAACP members have not provided any prior consent to the federal government to store their voter information, including ballots and information obtained from the January 28, 2026 search warrant.

15.     As a leader in the civil rights community, I am deeply concerned that NAACP members' personal voting history, possibly voter choices, and personal information provided to local election officials was taken and stored by the federal government. NAACP members entrusted that information to local and state election officials for voting purposes. I fear that NAACP members' information may be misused.

16. The mere threat of disclosure of sensitive personal information, especially given the greater context of misuse and abuse, chills participation of our members and discourages engagement in upcoming elections. Our members fear targeted and retaliatory efforts from the federal government.

17. I understand that the current administration has already weaponized personal sensitive information against individuals. Many of our community members are aware of, and disturbed by, disclosures and efforts by federal agencies to obtain social security data, tax information, citizenship information, and other information from Americans.

18. The Georgia NAACP members do not trust the federal government to handle sensitive information without further sharing personal information and jeopardizing our rights and wellbeing, including the basic right to vote.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __15__ day of February, 2026

_Quinette Westbrooks_

Quinette Westbrooks