# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re Search Warrant Seizure of Fulton County Voter Records | Case No._____ |

**DECLARATION OF DAVID MEANS**

Pursuant to 28 U.S.C. § 1746, I, David Means, hereby declare as follows:

1.  I have personal knowledge of the matters stated herein and would testify to the same if called as a witness in Court.

2.  I am a U.S. citizen, over eighteen years of age and am otherwise competent to testify.

3.  I am a registered voter in Fulton County. I have been a Georgia voter for more than two decades. I voted in in the primary and general elections in 2020.

4.  I am the President of the Atlanta Branch of the National Association for the Advancement of Colored People Georgia State Conference ("Atlanta NAACP"). I joined the Atlanta NAACP as a member in 2006 and was elected as president of the branch in May 2025. As President, I am the chair of the Atlanta NAACP's Executive Committee, set out the yearly organizational priorities, and act as the primary spokesperson for the organization.

5.    The Atlanta NAACP is a nonpartisan organization operating in Georgia and is a local affiliate of the National Association for the Advancement of Colored People ("NAACP"), which operates across the United States. As a constituent and subordinate unit of the national organization, the Atlanta NAACP works diligently to carry out the mission of the NAACP which is to "achieve equity, political rights, and social inclusion by advancing policies and practices that expand human and civil rights, eliminate discrimination, and accelerate the well-being, education, and economic security of Black people and all persons of color."

6.    The Atlanta NAACP also plays a critical role for its members and the public by serving as a trusted messenger on voting rights issues. The Atlanta NAACP is committed to ensuring that every eligible voter has access to accurate information, resources, and support needed to participate fully in the electoral process. To that end, a considerable amount of the organization's work and resources are devoted to promoting voter registration, voter education, get-out-the-vote efforts, and election protection.

7.    I am aware that on January 28, 2026, the Federal Bureau of Investigation (FBI) raided the Fulton County Election Hub and Operation Center and seized election records that included ballots, voter rolls, and voter data. The search warrant was based on long debunked allegations of fraud during the 2020 presidential election; yet, it allowed for a significant volume of records and data, including the personally identifiable data of voters, to be taken by the federal government.

8.    I am also aware that in December 2025, the U.S. Department of Justice filed a civil lawsuit seeking similar records concerning the 2020 election from Fulton County. The suit demanded that the Fulton County Board of Registration and Elections turn over a trove of records, including all ballots and voter records from the 2020 General Election in Fulton County.

9.    I understand that in December 2025, in addition to suing Fulton County, the U.S. Department of Justice filed a lawsuit against Brad Raffensperger, the Secretary of State of Georgia, demanding that he turn over the State's complete, unredacted voter registration database, including voters' driver's license numbers and partial social security numbers.

10.   As a registered voter in Fulton County and a leader in Atlanta's Black community, I am deeply concerned about the security of my personal identifiable information contained in the records seized by the federal government. I am aware that Georgia's voter registration database contains sensitive, personally identifiable information, some of which has already been shared with the federal government by the State and some of which was contained in the records seized from Fulton County.

11.   Atlanta NAACP members are also deeply concerned about the significant risk posed to the security and privacy of their personally identifiable information and the possibility of retribution for their political participation. I share these concerns. The risk of disclosure and

the federal government's potential misuse of sensitive personal information imposes a burden on our members and could intimidate and discourage members who are registered voters from participating in future elections or individuals who are eligible but not yet registered from even registering to vote.

12. This unprecedented intrusion on our elections and seizure of sensitive voter data by the federal government also severely undermines public trust. By seizing ballots and voter records from Fulton County's custody, federal authorities have created the potential for violations of voter privacy protections intended to shield the sanctity and secrecy of voters' ballots. Atlanta NAACP members and voters throughout the County and State have legitimate fears that their personal data and votes will be tracked, scrutinized, and weaponized against them.

13. Based on express statements and actions by federal authorities and the current administration, Atlanta NAACP members' concerns about misuse of voter data in efforts to nationalize elections, facilitate mass purges from the voter rolls, and suppress political participation are also well founded.

14. Atlanta NAACP members and I do not trust the federal government to maintain possession of our sensitive and legally protected private information without risking our rights and undermining our elections and democracy.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __2/13/2026__ day of February, 2026

_____
David Means