# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re Search Warrant Seizure of Fulton County Voter Records | Case No._____ |

### DECLARATION OF QUIANA-JOY N. OCHIAGHA

Pursuant to 28 U.S.C. § 1746, I, Quiana-Joy N. Ochiagha, hereby declare as follows:

1. I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am Assistant General Counsel of the National Association for the Advancement of Colored People ("NAACP"), and I have been in the Office of the General Counsel since May 2024. I am a lifetime member of the NAACP.

3. The NAACP is headquartered in Baltimore, Maryland, and operates across the entire country, including Georgia.

4. The NAACP was founded in 1909 by pioneers of racial justice in the United States. The NAACP is the oldest and largest civil rights organization in the United States. Its mission is to achieve equality, political rights, and social inclusion by advancing policies and practices that expand human and civil rights, eliminate discrimination, and accelerate the well-being, education, and economic security of Black people and all persons of color.

5. The NAACP is a non-partisan organization that maintains many units, including state and state-regional conferences that cover every state, plus the District of Columbia. The

NAACP has over two thousand local branches, college chapters, prison chapters, and youth councils. In total, the NAACP has approximately 200,000 members, including approximately 8,500 in Georgia.

6. As Assistant General Counsel for the NAACP, I work to address legal concerns of the National NAACP, the various NAACP units, and individual NAACP members. I am familiar with the various challenges that our members face, including challenges related to voting rights, civil rights, and privacy concerns.

7. The NAACP has a long history of its members and constituents facing legal retaliation for their advocacy around civil rights and voting rights. Accordingly, the NAACP has a proud tradition of fighting for and protecting its members, constituents, and the Black community at large from legal retaliation. In a seminal case on the First Amendment, the NAACP successfully defended against the disclosure of its membership lists to the State of Alabama on the basis of the right to free association. *See NAACP v. Alabama*, 357 U.S. 449 (1958). The NAACP maintains this longstanding tradition of protecting members and supporters from the unlawful disclosure of their personal information in response to government overreach and unlawful invasions of privacy.

8. Among our many initiatives, the NAACP works to mobilize voters through robust non-partisan civic engagement and election-related programming. For example, the NAACP, in conjunction with partners across the country, has launched programs focused on turning out voters through direct voter contact, mass communication, targeted digital mobilization, and SMS texting. In the lead-up to the 2024 elections, the NAACP recruited over 100,000 volunteers across the country to execute these programs. The NAACP has also engaged in voter protection efforts, advocating on behalf of voters across the country to ensure that the law is followed and that the right to vote is respected and protected. These efforts include litigation, a voter protection hub and voter guides, and voter protection command centers staffed by dozens of lawyers and law students. Naturally, voter registration is crucial to all these civic engagement efforts. The NAACP recently took steps to educate and register voters for elections, including referenda, that took place in November 2025. The NAACP is currently a party in lawsuits to protect voting rights and is seeking judgments that will impact the 2026 elections. As it does in every election cycle, the NAACP anticipates ramping up its election voter protection efforts as the 2026 elections draw near.

9. The NAACP plays a crucial role for its members and constituents as the Black community's most trusted messenger and the country's largest civil rights organization, especially in a public square rife with political noise and distractions.

10. I understand that in December of 2025, the U.S. Department of Justice sued Brad Raffensperger, the Georgia Secretary of State, to obtain complete, unredacted voter registration data of all voters in the state, including their driver's license numbers and partial social security numbers. If the Department of Justice is successful in obtaining this information, it will harm the NAACP's mission and ability to successfully execute its programs by putting at risk the sensitive data of NAACP's members and constituents. Such efforts amount to government-sanctioned voter intimidation. This will deter our members from engaging in the political process for fear of

government mishandling or weaponization of such data, including through improper removal of voters from the rolls.

11. I am also aware that on January 28, 2026, the FBI raided the Fulton County Election Hub and Operation Center to execute a search warrant based on allegations of fraud during the 2020 elections. These are claims that have been investigated multiple times and repeatedly disproven. During the raid, federal agents seized volumes of election records, including paper and electronic ballots, voter data, and voter rolls (electronic versions of which likely include statewide voter data and data well beyond the temporal scope of the warrant). This raid was carried out and voter rolls were seized even though the federal government has sued both the state of Georgia and Fulton County in efforts to obtain many of the same records. Our members are particularly concerned about the privacy and security of their personal information contained in the records. Moreover, based on public statements from Executive Branch officials, including the president, our members are significantly concerned about misuse of the State's and the County's voter data in illegal and improper efforts to nationalize elections, conduct mass voter purges from the voter rolls, intimidate voters, and suppress political participation. I share these concerns.

12. My concerns are exacerbated by the fact that the current administration has targeted people with whom it disagrees, or whose voices it thinks should be silenced, by using any and all information and resources within its possession against such people. This includes using information held by federal agencies against political opponents, such as the 2025 public disclosure of a New Jersey gubernatorial candidate's military records, which contained various pieces of sensitive and confidential personal details.

13. Similarly, many of our community members are disturbed by reports that the so-called Department of Government Efficiency ("DOGE") obtained and shard social security data. The White House and officials at the U.S. Social Security Administration (SSA) recently corrected earlier testimony to disclose that a political advocacy group entered into an agreement with federal DOGE members in March of 2025 seeking to analyze state voter rolls that the advocacy group had acquired to find evidence of voter fraud and to overturn election results in certain states. An individual at DOGE signed a "Voter Data Agreement," in his capacity as an SSA employee, with the advocacy group. Notice of Corrections to the Record at 5, Am. Fed'n of State, Cnty. & Mun. Emps. v. Soc. Sec. Admin., No. 25-cv-596, Dkt. No. 197 (D. Md. Jan. 16, 2026); see also Kyle Cheney, Trump Administration Concedes DOGE Team May Have Misused Social Security Data, Politico, Jan. 20, 2026, https://www.politico.com/news/2026/01/20/trump-musk-doge-social-security-00737245. These efforts were carried out clandestinely by DOGE affiliates, constituted clear and intentional violations of law, and went undisclosed for months despite ongoing questionable data management policies by DOGE and without seeking or obtaining consent from millions of the affected Americans. This unlawful acquisition of sensitive private citizen data by a politically motivated group seeking to interfere in elections understandably escalates the fears and concerns of NAACP members.

14. More recent events, including the federal government's deployment of thousands of immigration enforcement agents to Minneapolis in January and the ensuing upheaval and use of force by those agents against residents of Minnesota have also increased the concerns of the

NAACP. Most notably, on January 24, 2026, just hours after federal agents fatally shot Alex Pretti in Minneapolis, U.S. Attorney General Pam Bondi informed Minnesota Governor Tim Walz that federal deployment of Immigration and Customs Enforcement agents would only be deescalated if the state produced it's unredacted voter registration files.

15. Unfortunately, the NAACP, its members, and its constituents have been singled out and targeted many times over the years by government officials and other individuals who disagree with our mission. Our leaders and politically vocal members, for example, have been targeted with unjust espionage and investigation—and sometimes even physical violence—because of their advocacy efforts. Against this backdrop, the prospect of disclosures of mass amounts of sensitive voter data to the Department of Justice, and potentially to others, is especially chilling for the NAACP and its members.

16. I am gravely concerned that disclosure of voters' private information on Georgia's voter rolls will deter qualified voters in our communities from participating in the franchise. That is particularly so because the Department of Justice's efforts do not reflect good faith efforts to improve the electoral system or voter rolls. Instead, those efforts appear driven by a desire to perpetuate misinformation and disinformation about the prevalence of voter fraud and to punish people who oppose the President's agenda. The federal government's demand for Georgia's complete voter registration list is likely to sow distrust of the electoral system, which further frustrates our mission to convince community members to trust and make their voices heard at the ballot box. These concerns are especially notable for voters who are most skeptical of the electoral system and worried about improper government scrutiny, including younger voters, voters who are naturalized citizens, first-generation voters, and voters who were formerly incarcerated. These concerns impact our mission and the core of our civic participation activities as an organization.

17. In addition to my concerns about the Department of Justice misusing personal voter data, I am also concerned about whether it will properly maintain and protect such data if it obtains such data. The actions that the Department of Justice has taken to compel the production of sensitive personal information of the voters of Fulton County and the State of Georgia, as well as voters across the country, negate any confidence that the Department will respect federal or state privacy laws or be a reliable custodian of the personal information of the communities the NAACP works with in Georgia. As explained, many of our members are disturbed by reports of DOGE negligently storing sensitive Social Security information. As a result, I am extremely concerned about the improper disclosure of the personal information of community members that the NAACP works with and seeks to enfranchise. The risk of such improper disclosure further discourages the community members we serve from registering to vote.

18. The threat that voters' personal information may be provided to the federal government will frustrate the work of NAACP. A major goal of our civic engagement work is to encourage all eligible Georgia voters to be informed and to exercise their rights as American citizens by participating in the electoral process. That work could become significantly more difficult if our members and constituents believe they could be punished, scrutinized, or investigated simply for registering to vote.

19. The Memorandum of Understanding that the Department of Justice demanded that Georgia officials sign confirms that the federal government seeks to remove voters from voter rolls within 45 days of receiving notice from the Justice Department based on the unilateral and unverified federal flagging of "any issues, insufficiencies, inadequacies, deficiencies, anomalies, or concerns" related to those voters.

20. Recent events have reinforced and heightened my fears and the fears of NAACP members concerning DOJ's coercive actions, politically motivated targeting of voters, and the true intention behind this attempt to unlawfully obtain voter registration files counter to the voter protection statutes at issue here.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___13th___ day of February, 2026

*Quiana-Joy N. Ochiagha*

Quiana-Joy N. Ochiagha