IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| In re Search Warrant Seizure of Fulton County Voter Records | Case No. _____ |

**MOTION FOR EMERGENCY CONSIDERATION**
**PURSUANT TO LOCAL RULE 7.2(B)**

Before the Court is the Motion for Expedited Consideration by National Association for the Advancement of Colored People ("NAACP"), National Association for the Advancement of Colored People Georgia State Conference ("Georgia NAACP"), National Association for the Advancement of Colored People Atlanta ("NAACP Atlanta"), Georgia Coalition for the People's Agenda ("GCPA"), Dontaye Carter, and Tamara Orange (collectively "Movants"). In accordance with Local Rule 7.2(B), Movants respectfully ask the Court to waive the time requirements for briefing on Movants' Emergency Motion for Return of Property

1

Pursuant to Federal Rule of Criminal Procedure 41(g) and Federal Rule of Civil Procedure 24 and expedite consideration of this motion.  For the reasons set forth in Movants' Brief in Support of Petitioners' Emergency Motion, there is good cause shown for this Emergency Motion. Accordingly, Movants respectfully request that the Court waive the time requirements under Local Rule 7.1 for the motion, expedite consideration and set a briefing schedule providing for responsive briefs to be filed by February 24, 2026.

Dated: February 15, 2026

Edward G. Caspar*
Leah Frazier*
Robert N. Weiner*
Jeffrey Blumberg*
Julie Houk*
Catherine Meza*
Marc Epstein*
Grace Thomas*
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
ecaspar@lawyerscommittee.org
lfrazier@lawyerscommittee.org
rweiner@lawyerscommittee.org
Jblumberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
cmeza@lawyerscommittee.org
mepstein@lawyerscommittee.org
gthomas@lawyerscommittee.org
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857

Respectfully submitted,

*/s/ Gerald Weber*
Gerald Weber (GA Bar No. 744878)
Law Offices of Gerry Weber, LLC
Post Office Box 5391
Atlanta, Georgia 31107
Telephone: (404) 522-0507
wgerryweber@gmail.com


*Attorneys for Movants NAACP, Georgia NAACP, NAACP Atlanta, GCPA, Dontaye Carter, and Tamara Orange*


\* *Application to appear pro hac vice forthcoming*

2

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1, the undersigned counsel hereby certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1.

Dated this 15th day of February 2026.

*/s/ Gerald Weber*

Gerald Weber (GA Bar No. 744878)
wgerryweber@gmail.com
Law Offices of Gerry Weber, LLC
Post Office Box 5391
Atlanta, Georgia 31107
Telephone: (404) 522-0507

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2026, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Dated this 15th day of February 2026.

*/s/ Gerald Weber*

Gerald Weber (GA Bar No. 744878)
wgerryweber@gmail.com
Law Offices of Gerry Weber, LLC
Post Office Box 5391
Atlanta, Georgia 31107
Telephone: (404) 522-0507