IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re Search Warrant Seizure of Fulton County Voter Records | Case No. _____ |

**BRIEF IN SUPPORT OF MOTION FOR
<u>EXPEDITED CONSIDERATION</u>**

Pursuant to Local Rule 7.2(B), and for good cause shown, Movants National Association for the Advancement of Colored People ("NAACP"), National Advancement for the Advancement of Colored People Georgia State Conference ("Georgia NAACP"), National Advancement for the Advancement of Colored People Atlanta ("NAACP Atlanta"), and the Georgia Coalition for the People's Agenda ("GCPA"), on behalf of their members, including Dontaye Carter and Tamara Orange, request that this Court waive the time requirements for briefing under Local Rule 7.1 and expedite consideration of Plaintiffs' Emergency Motion for Relief under Rule 41(g) and for Intervention.

1

On January 28, 2026, the Federal Bureau of Investigation seized voter records from the 2020 general election in Fulton County. Memorandum of Law in Support of Petitioners' Emergency Motion for Return of Property Pursuant to Federal Rule of Criminal Procedure 41(g) [Under Seal] at 5, *Pitts v. United States*, 1:26-mi-00012-JPB (N.D. Ga. Feb. 5, 2026), ECF No.1-1 ("*Pitts* Br."). The warrant authorizing the seizure covered a broad array of hardcopy and electronic information, including ballots and voter rolls, and records that may indicate which candidate an individual selected.  Notice of Filing – Redacted Warrant Affidavit, Exh. 1, Redacted Affidavit of Case No. 1:26-MC-0158-CMS, at 3, *Pitts v. United States*, 1:26-CV-00012-JPB (N.D. Ga. Feb. 10, 2026), ECF 22-1 ("FBI Warrant Affidavit"). As detailed in Movants' brief in support of its Motion for Relief under Rule 41(g) and for intervention, such records contain sensitive information that Georgia law protects from disclosure. *Pitts* Br. at 19-22.  The warrant also authorized the FBI to deliver the information to "attorneys for the government and their support staff for independent review," FBI Warrant Affidavit at 3-4, thereby extending access beyond DOJ, or even the DOJ personnel working on the criminal investigation.

DOJ has brought two dozen civil lawsuits seeking similar materials from Fulton County, the State of Georgia, and at least 22 other States and the District of Columbia. *See generally Memorandum in Support of Movants' Emergency Motion*

*for Relief under 41(G) and for Intervention* (filed concurrently). The government's widespread efforts to obtain voting records from across the country suggest that it will use the materials seized in Fulton County for purposes beyond the criminal investigation cited in the search warrant, for example, to create a national voter database to further voter purges. *Id*. And given the government's recent record of improperly disseminating confidential records throughout the government, the government's possession of the sensitive voter records puts their confidentiality at risk. *Id*.

Local Rule 7.2(B) allows this Court to waive the time requirements regarding motions and responses and to expedite consideration of any matter for good cause shown.  This rule is consistent with the Court's "inherent power to 'control the disposition of the causes on its docket with economy of time and effort for itself, for counsel and for litigants.'" *U.S. Vinyl Mfg. Corp. v. Colour & Design, Inc*., No. 4:12-CV-00217- HLM, 2013 WL 12409321, at *2 (N.D. Ga. Aug. 26, 2013) (quoting *L.E.A. Dynatech, Inc. v. Allina*, 49 F.3d 1527, 1530 (11th Cir. 1995)).

Good cause exists for this Court to expedite consideration of this matter. Expedited consideration is necessary here because the government's continued possession of the seized voter data jeopardizes Movants' constitutional and statutory interests in the privacy of the sensitive voter data. *See generally*

3

*Memorandum in Support of Movants' Emergency Motion for Relief under 41(G) and for Intervention* (filed concurrently). Further, the government's unfettered possession of the data creates an immediate risk that the records will be used for improper purposes unrelated to the criminal investigation and that will interfere with the privacy and voting rights of the Movants and their members. *Id*.

The circumstances attending the government's continued possession of the sensitive voter data it seized from Fulton County provide good cause for expedited determination of Movants' Emergency Motion for Relieve under Rule 41(g) and for Intervention. Accordingly, Movants ask that the Court set a briefing schedule providing for responsive briefs to be filed by February 24, 2026.

Dated: February 15, 2026                                 Respectfully submitted,

Edward G. Caspar*                                        /s/ Gerald Weber
Leah Frazier*                                            Gerald Weber (GA Bar No. 744878)
Robert N. Weiner*                                        Law Offices of Gerry Weber, LLC
Jeffrey Blumberg*                                        Post Office Box 5391
Julie Houk*                                              Atlanta, Georgia 31107
Catherine Meza*                                          Telephone: (404) 522-0507
Marc Epstein*                                            wgerryweber@gmail.com
Grace Thomas*
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW                                   *Attorneys for Movants NAACP,*
1500 K Street NW, Suite 900                              *Georgia NAACP, NAACP Atlanta,*
ecaspar@lawyerscommittee.org                             *GCPA, Dontaye Carter, and*
lfrazier@lawyerscommittee.org                            *Tamara Orange*
rweiner@lawyerscommittee.org
Jblumberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
cmeza@lawyerscommittee.org

mepstein@lawyerscommittee.org
gthomas@lawyerscommittee.org
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857

*Application to appear pro hac vice forthcoming*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1, the undersigned counsel hereby certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1.

Dated this 15th day of February 2026.

>*/s/ Gerald Weber*
>Gerald Weber (GA Bar No. 744878)
>wgerryweber@gmail.com
>Law Offices of Gerry Weber, LLC
>Post Office Box 5391
>Atlanta, Georgia 31107
>Telephone: (404) 522-0507

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2026, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Dated this 15th day of February 2026.

>*/s/ Gerald Weber*
>Gerald Weber (GA Bar No. 744878)
>wgerryweber@gmail.com
>Law Offices of Gerry Weber, LLC
>Post Office Box 5391
>Atlanta, Georgia 31107
>Telephone: (404) 522-0507