IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| In re Search Warrant Seizure of Fulton County Voter Records | Case No. _____ |

# [PROPOSED] ORDER GRANTING EMERGENCY MOTION PURSUANT TO LOCAL RULE 7.2(B)

Before the Court is Movants' Emergency Motion pursuant to Local Rule 7.2(B) to waive the time requirements for briefing under Local Rule 7.1 (A) and (B) for Movants' Emergency Motion for Relief under 41(G) and for Intervention. Movants request a briefing schedule providing for responsive briefs to be filed by February 24, 2026.

Upon consideration of the Motion and briefing in support of the Motion, the Court finds that Petitioners have established good cause to grant the motion. THEREFORE, it is hereby:

ORDERED that the time requirements of Local Rule 7.1 are waived.

IT IS FURTHER ORDERED that the government must file any responsive briefs by February 24, 2026.

IT IS SO ORDERED. Entered this \_\_\_\_\_day of February 2026.