IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| In re Search Warrant Seizure of Fulton County Voter Records | Case No. _____ |

**[PROPOSED] ORDER GRANTING MOVANTS' EMERGENCY MOTION FOR 41(G) RELIEF AND FOR INTERVENTION**

Before the Court is Movants' Emergency Motion for 41(G) Relief and Intervention. Upon consideration of the Motion and briefing in support of the Motion, the Court finds that Movants have established good cause to grant the motion.

THEREFORE it is hereby ORDERED that the United States shall (1) limit the government's use of the seized materials to its criminal investigation into the 2020 election in Fulton County, as identified in the search warrant; (2) prohibit secondary uses of the information for merging of the data into a national database,

purported verification of voter eligibility and other efforts to purge state or local voting rolls, list maintenance, election administration, immigration enforcement, or other unrelated activities; (3) prohibit disclosure to the public or non-governmental organizations or individuals; (4) mandate that the government disclose (i) an inventory of all documents and records (including electronic records) seized; (ii) all persons who have accessed the records, beyond those involved in the criminal investigation; (iii) any copying or reproduction of the records; and (iv) all efforts to secure the information; and (5) disclose the warrant inventory to Movants.

**IT IS SO ORDERED**.

Entered this \_\_\_\_ day of February 2026.


_____