# Exhibit B

 Outlook

## Georgia Secretary of State - Open Records Request ORR-2025-701

**From** Open Records (Georgia Secretary of State) <SOSGA@request.justfoia.com>
**Date** Thu 10/9/2025 2:23 PM
**To** Adam M. Sparks <sparks@khlawfirm.com>

Dear Adam M. Sparks,

The Secretary of State's Office is in receipt of your request.

The cancellation mailer was sent on July 10, 2025, for most of the state. The original public NGE file contained mailing addresses. Here is the news release with the link to the file: https://sos.ga.gov/news/secretary-raffensperger-continues-multi-step-list-maintenance-audit

Regarding the list of voters that were cancelled, please see the voter roll attached. Additionally, that list will show which records responded to the notice to remain on the voter roll.

Full dates of birth are protected under O.C.G.A. §50-18-72(a)(20)(A).

Regarding the "basis for which you sent them a mailing", the public list in our news release shows Inactive Reason for each record.

ERIC data is not subject to disclosure under O.C.G.A. §21-2-225(d)(5).

The process for determining whether or not someone is on the No Contact list is in state law (O.C.G.A. §21-2-234).

Regarding the request the last election in which these people voted, this information is contained in a public voter file that we sell containing Active and Inactive voters. Cancelled voters are not in that file; therefore, the records are not contained in the format requested (our office is not required to create customized records pursuant to O.C.G.A. § 50-18-71(b)(1)(A) O.C.G.A. § 50-18-71(j)).

If there are additional records you seek, please let us know.

Thank you,



Georgia Secretary of State

2 MLK Jr. Drive SE
West Tower Suite 802
Atlanta, Georgia 30334
openrecords@sos.ga.gov

