IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COMMUNICATION WORKERS OF AMERICA LOCAL 3204, COMMUNICATION WORKERS OF AMERICA LOCAL 3204 RETIRED MEMBERS COUNCIL, and BLACK VOTERS MATTER FUND,<br><br>  *Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia,<br><br>  *Defendant*. | Case No. 1:26-cv-\_\_\_\_\_ |

**PLAINTIFFS' CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

 **(1)** The undersigned counsel of record for Proposed Intervenors to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

1

**Plaintiffs**: Communication Workers of America Local 3204, Communication Workers of America Local 3204 Retired Members Council, Black Voters Matter Fund.

**Defendant**: Brad Raffensperger, in his official capacity as Secretary of State for the State of Georgia.

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

See above.

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

**Plaintiffs**: Adam M. Sparks, Uzoma N. Nkwonta, Branden D. Lewiston, Marcos Mocine-McQueen, and Max C. Accardi.

**Defendant**: No appearance has been made.

| | |
|---|---|
| Dated: February 27, 2026 | **/s/ Adam M. Sparks** |
| | Adam M. Sparks |
| | Ga. Bar. No. 341578 |
| | **KREVOLIN & HORST, LLC** |
| | 1201 W. Peachtree St., NW |
| | Suite 3500, One Atlantic Center |
| | Atlanta, GA 30309 |
| | Tel: (404) 888-9700 |
| | Fax: (404) 888-9577 |
| | Email: sparks@khlawfirm.com |
| | |
| | Uzoma N. Nkwonta* |
| | Branden D. Lewiston* |
| | Marcos Mocine-McQueen* |
| | Max C. Accardi* |
| | **ELIAS LAW GROUP LLP** |
| | 250 Massachusetts Avenue NW, Suite 400 |
| | Washington, D.C. 20001 |
| | unkwonta@elias.law |
| | blewiston@elias.law |
| | mmcqueen@elias.law |
| | maccardi@elias.law |
| | Tel: (202) 968-4652 |
| | |
| | *Counsel for Plaintiffs* |
| | |
| | *Pro Hac Vice applications forthcoming |