2026R00350 - 001

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Fulton County Board of Registration and Elections
5600 Campbellton Fairburn Road
Union City, GA 30213
Clerk of Records, Custodian of Records or Designee

    X    **YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Date and Time: |
|---|---|
| GJ# 1-26<br>United States Courthouse<br>75 Ted Turner Dr. SW, Room 240, Atlanta, GA 30303 | 9:00 AM<br>May 5, 2026 |

    X    You must also bring with you the following documents, electronically stored information, or objects (blank if not applicable):

Please see attachment. If you have any questions, please contact Special Agent Hugh Evans at 770-███████. Please email responsive documents to Special Agent Evans at ███████@fbi.gov and Assistant United States Attorney at ███████@usdoj.gov. Please also include a copy of this subpoena with your response.

Although the law does not prohibit disclosure, it is requested that you do not disclose the existence of this subpoena. Any such disclosure could impede the investigation being conducted.

CLERK OF COURT

Date:    April 17, 2026

_Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:

Terry Meinecke
United States Attorney's Office for the Middle District of North Carolina
101 S Edgeworth Street, Fourth Floor Greensboro, NC 27401
███████@usdoj.gov

2026R00350 - 001

AO 110  (Rev. 06/09)  Subpoena to Testify Before Grand Jury (Page 2)

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)*   Fulton County Board of Registration and Elections
was received by me on *(date)* _____ .

□   I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

□   I returned the subpoena unexecuted because: _____

_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

2026R00350 - 001

## SUBPOENA ATTACHMENT

To: Fulton County Board of Registration and Elections
Clerk of Records, Custodian of Records or Designee
5600 Campbellton Fairburn Road Union City, GA 30213

INSTRUCTIONS RE COMPLYING WITH SUBPOENA
• Please provide this information, if available, as data files on CD-ROM or other electronic media, or by making the information available for the government to download.
• In lieu of personal appearance, please execute the waiver of appearance form included with this subpoena.
• Execute the attached business records certification for all records produced.
• Send the subpoenaed records, a copy of the subpoena, and any request for reimbursement to the AUSA identified on the subpoena or its attachment(s) and/or to Special Agent Hugh Evans at ▮▮▮▮▮@fbi.gov and Assistant United States Attorney at ▮▮▮▮▮@usdoj.gov.
• If you have any questions, please contact Special Agent Evans at 770-▮▮▮▮▮.

Provide any/all records/documentation related to the following:

1. Rosters of Election Staff Members who served in the November 2020 General Election, sufficient to identify name, position/function, residential and email addresses, and personal telephone number(s), including for the following persons, without limitation:

a. Individuals assigned to review Mail-In Ballots
b. Individuals assigned to the Voter Review Panel/Board
c. Individuals assigned to Mobile Voting Locations
d. Individuals assigned to transfer results to or from media or to transport ballots, ballot stock, or media
e. Individuals employed or contracted by the Fulton County Board of Registration and Elections
f. Individuals who worked or volunteered on Election Day who were assigned to review or tabulate ballots
g. Individuals who worked or volunteered for the Risk Limiting Audit
h. Individuals who worked or volunteered for the Recount
i. Individuals who served as precinct managers and assistant managers

2026R00350 - 001



**U.S. Department of Justice**
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*          *Telephone: (404) 581-6000*
*75 Ted Turner Dr. S.W., Suite 600*         *Fax: (404) 581-6181*
*Atlanta, Georgia 30303*

Custodian of Records

    Re:    Certification of Authenticity of Business Records

Dear Sir or Madam:

    The attached federal grand jury subpoena directs your business to produce certain business records and/or information for use in a federal investigation. At some point in the future, it may be necessary to offer some or all of the documents as evidence in a federal trial in the United States District Court for the Northern District of Georgia. In the past, unless both parties stipulated to the admissibility of business records, it was necessary for a witness from the business to physically appear at trial and testify that the records were authentic, within the meaning of Rule 902 of the Federal Rules of Evidence, and that they were business records, within the meaning of Rule 803(6) of the Federal Rules of Evidence.

    Federal Rules of Evidence Rules 803(6) and 902 permit the foundation requirements of Rule 803(6) and the authenticity requirements of Rule 902 to be satisfied under certain circumstances without the expense and inconvenience of producing witnesses. I have attached a Business Record Certification form for a qualified representative of your business to sign. Please review the Certification to determine whether it is an accurate statement with regard to the referenced business records. If the Certification is accurate, please sign and return the original Certification along with the subpoenaed records to the grand jury clerk as directed by the subpoena. There is no guarantee that your business' custodian of records will not have to appear at trial to authenticate the business' records and lay the proper business record foundation. However, when appropriate, the United States Attorney's office will make every effort to use the Business Record Certification attached instead of the testimony of your custodian of records.

    If you have any questions, please do not hesitate to contact me at (336) ███

                Sincerely,

                J. DANIEL BISHOP
                SPECIAL ATTORNEY TO THE AG AND
                UNITED STATES ATTORNEY
                /s/ TERRY MEINECKE

Enclosures               ASSISTANT U.S. ATTORNEY

2026R00350 - 001

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, attest that the information contained in this certification is true and correct. I am employed by _____ ("Company"), and my title is _____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Company. The attached records consist generally of _____. I further state that:

1. All records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Company, and they were made by Company as a regular practice; and

2. To the extent the records were generated by an electronic process or system, such records were generated by Company's electronic process or system that produces an accurate result, to wit:

   a. The records were copied from electronic device/s, storage medium/s, or file/s in the custody of Company in a manner to ensure that they are true duplicates of the original records; and

   b. The process or system is regularly verified by Company, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Federal Rules of Evidence 902(11) and 902(13).

_____        _____
Date                                    Signature

2026R00350 - 001

## NORTHERN DISTRICT OF GEORGIA

GRAND JURY PROCEEDINGS

GRAND JURY NO.  1-26

### WAIVER OF APPEARANCE
### AND
### DOCUMENT RECEIPT

I, _____ , of _____ ,

have custody and control of the documents requested in the attached subpoena.  I would prefer

that:

(   )   I will mail the requested documents via USPS mail or FedEx to:
        Attn: Grand Jury, U.S. Attorney's Office, Suite 600, 75 Ted Turner Drive SW, Atlanta,
        Georgia 30303

(   )   I will email the requested documents to Assistant United States Attorney


(   )   I will email the requested documents to the Grand Jury Clerk at
        USAGAN.GrandJury@usdoj.gov.


in lieu of actual appearance by myself.  Submission of the requested documents is fully complied

with, this _____ day of _____, 20___.


_____
SIGNATURE OF PERSON SUBMITTING DOCUMENTS


_____        _____
DATE                   SIGNATURE OF PERSON RECEIVING DOCUMENTS


_____        _____
DATE                   SIGNATURE OF GRAND JURY FOREPERSON